# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Joanne Gillies | CASE NUMBER |
| --- | --- |
| | 5:19-cv-02201-CJC-SHK |
| PLAINTIFF(S) | |
| v. | |
| Anthony Kandare | ORDER RE REQUEST TO PROCEED |
| | *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

Defendant's
**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

November 20, 2019
Date                                                                                                  United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency       ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous    ☐ Immunity as to _____
☐ Other: _____

Comments:

Date                                                                                                  United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☐ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

Date                                                                                                  United States District Judge

CV-73 (08/16)                                      **ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS***